George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William E. Florence*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| William E. Florence, | Case No.: 2:22-cv-01716-GMN-VCF |
| Plaintiff, | **Stipulation for dismissal of Plusfour, Inc. with prejudice.** |
| v. | |
| Plusfour, Inc., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William E. Florence and Plusfour, Inc. stipulate to dismiss Plaintiff's claims against Plusfour, Inc. with prejudice.

///
///
///
///
///
///
///

_____

STIPULATION                              - 1 -

- 2 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 18, 2023.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff William E. Florence*

**VC2 LAW**

/s/ Garrett R. Chase
Garrett R. Chase, Esq.
VC2 Law
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Counsel for Plusfour, Inc.*

## ORDER

IT IS SO ORDERED. The Clerk of Court is instructed to close the case.

_____
UNITES STATES DISTRICT JUDGE

DATED:____July 19, 2023_____

_____
**STIPULATION**

- 2 -